IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| HARLON BROOKS and ALFREDDIE BROOKS, § | |
| Debtors, § | |
| § | |
| UNITY NATIONAL BANK, § | Case No. 09-38232-H5-11 |
| Movant, § | Chapter 11 |
| VS. § | |
| § | |
| HARLON BROOKS and ALFREDDIE BROOKS, § | |
| Respondents. § | |

**AGREED ORDER TERMINATING AUTOMATIC STAY AGAINST PROPERTY**

The parties have entered into an agreement whereby the Automatic Stay, pursuant to 11 U.S.C. §362, shall terminate immediately as to UNITY NATIONAL BANK, Movant in this cause and the following collateral:

**Tract I:**
**Lot Eleven (11), Block Five Hundred Sixty-Six, in the City and County of Galveston, Texas.**

**Tract II:**
**The North 53 feet 10 inches of Lots 13 and 14, in Block 43, of DENVER RESURVEY, a subdivision in Galveston County, Texas, according to the map or plat thereof, recorded in Volume 91, Page 196 in the Office of the County Clerk of Galveston County, Texas.**

IT IS ORDERED that the Automatic Stay provided for by 11 U.S.C. §362 is terminated as to UNITY NATIONAL BANK and the real property located in Galveston County, Texas and more particularly described above; and thereafter, to obtain possession thereof which may be proper under law.

Any other relief not expressly granted is denied.

SIGNED this _____ day of _____, 2010.

_____
THE HONORABLE KAREN K. BROWN,
UNITED STATES BANKRUPTCY JUDGE

Movant certifies all parties were properly notified pursuant to Bankruptcy Local Rule 4001.

AGREED TO BY:

STOREY & DENUM, P.C.                              THE POPE LAW FIRM

_____                         _____
CRAIG R. DENUM                                    JAMES Q. POPE
11757 Katy Freeway, Suite 1010                    6201 Bonhomme Road, Suite 252-N
Houston, Texas 77079                              Houston, Texas 77036
(281) 556-6684 - Telephone                        (713) 589-5266 - Telephone
(281) 556-8482 - Facsimile                        (713) 429-5987 - Facsimile
State Bar No. 05768375                            State Bar No. 24048738
ATTORNEY FOR                                      ATTORNEY FOR DEBTORS
UNITY NATIONAL BANK