B6A (Official Form 6A) (12/07)

In re  **Harlon Brooks**
       **Alfreddie Brooks**

Case No.  <u>**09-38232-H4-7**</u>
(if known)

*CONVERSION*
## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Homestead - 507 FM 226<br>507 FM 226<br>Nacogdoches, TX 75961<br><br>The Debtor's homestead property and value includes the following lots:<br><br>1.: LT 7 ROSEWILD Parcel ID: 19778<br>Nacogdoches, TX<br><br>ACRES: 5.530; VALUE: $16,590.00<br><br>2.: LT 5 ROSEWILD Parcel ID: 19776<br>Nacogdoches, Texas<br><br>ACRES: 6.600; VALUE: $738,590.00 (land and improvement)<br><br>3.: LT 6 ROSEWILD Parcel ID: 19777<br>Nacogdoches, Texas<br><br>ACRES: 5.530; VALUE: $16,590.00<br><br>TOTAL COMBINED ACRES: 17.660<br>TOTAL COMBINED VALUE: $771,770.00<br>------------------------------------------------------------------- | Homestead | J | $771,770.00 | $59,000.00 |
| Real Property - 5307 Fairgreen<br>5307 Fairgreen<br>Houston, Tx 77048<br><br>LT 37 BLK 42 CRESTMONT PARK SEC 5 | Fee Simple | J | $103,000.00 | $0.00 |
| Real Property - 614 & 616 Pearl St<br>614-616 Pearl St<br>Nacogdoches, Tx 75961<br><br>Lots 9A, 9B, 9C, Blk 1 DUPLEX 616 PEARL | Fee Simple | J | $150,000.00 | $147,693.26 |

B6A (Official Form 6A) (12/07) - Cont.

In re  **Harlon Brooks**                                                  Case No.   **09-38232-H4-7**
      **Alfreddie Brooks**                                                                          (if known)

*CONVERSION*
## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 1*

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Real Property - 1612 East Main St<br>1612 East Main St<br>Nacogdoches, Tx 75961<br><br>LT 7 BLK 22, JG Orton | Fee Simple | J | $95,000.00 | $69,000.00 |
| Real Property - 14812 Highway 21 West<br>14812 Highway 21 West<br>Douglass, TX 75984<br><br>Restaurant<br><br>A-26 J DURST PS 37-13, 37-15, AND 37-16, 37-17 | Fee Simple | J | $395,000.00 | $128,839.67 |
| Real Property - 321 Old Tyler Rd.<br>321 Old Tyler Rd.<br>Nacogdoches, TX 75961<br><br>Bed & Breakfast<br><br>5.09 Acres, Clark Subdivision, lots 15-17, Blk 43<br><br>-----Titled in the name of Harlon's UTMB, LP | Fee Simple | J | $350,000.00 | $224,422.22 |
| Real Property - 603 Old Tyler Rd<br>603 Old Tyler Rd<br>Nacodoches, TX<br><br>Restaurant<br>7000 Square Feet<br><br>Lot 1 and 2, Block 2, Leon Clark and Lot 32, Blk 43<br><br>----Titled in the name of Buckshot Construction Co /<br>dba Harlon's BBQ House | Fee Simple | J | $499,000.00 | $58,308.91 |
| Real Property - 48.425 acres of land | Fee Simple | J | $242,150.00 | $62,076.77 |

B6A (Official Form 6A) (12/07) - Cont.

In re  **Harlon Brooks**                                    Case No.   **09-38232-H4-7**
       **Alfreddie Brooks**                                            (if known)

*CONVERSION*
## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 2*

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 48.425 acres of land<br>Old Tyler rd<br>Nacogdoches, TX 75964<br><br>Unimproved, approximately 36 acres with 12 acres elsewhere | | | | |
| Real Property - 517 East Main St<br>517 East Main St<br>Nacogdoches, TX 75964<br><br>Office - 800 Sq. Ft<br><br>Lot 7, Block 6 | Fee Simple | J | $75,000.00 | $29,422.57 |
| Real Property - 507 East Main Street<br>507 East Main Street<br>Nacogdoches, TX 75961<br><br>Lt 6B, Block 6<br><br>Old Theatre | Fee Simple | J | $150,000.00 | $0.00 |
| Real Property - 3.87 Acres<br>Old Tyler Road<br>Nacogdoches, TX 75964<br><br>Unimproved, 3.87 Acres of land | Fee Simple | J | $19,350.00 | $0.00 |
| Real Property - Parcel ID 25959<br>Lt 23-A Bk 61<br><br>5 acres<br>Nacogdoches, TX | Fee Simple | J | $7,500.00 | $0.00 |
| Real Property - 314 Lamar<br>314 Lamar<br>Nacogdoches, TX | Fee Simple | J | $2,000.00 | $0.00 |

B6A (Official Form 6A) (12/07) - Cont.

In re **Harlon Brooks**                                  Case No.  **09-38232-H4-7**
    **Alfreddie Brooks**                                             (if known)

*CONVERSION*
## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 3*

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| LT 10K-1 BK 62<br><br>Real Property - 310 Lamar<br>310 Lamar<br>Nacogdoches, TX | Fee Simple | J | $2,000.00 | $0.00 |
| LT 10P-1 BK 62<br><br>Real Property - Parcel ID: 24475-1<br>LT 53-B BK 53<br>Nacogdoches, TX | Fee Simple | J | $2,000.00 | $0.00 |
| Real Property - Parcel ID: 24477-1<br>LT 53-D BK 53<br>RC SIMS PROPERTY<br>Nacogdoches, TX | Fee Simple | J | $2,000.00 | $0.00 |
| Real Property - 2016 Stewart<br>2016 Stewart<br>Nacogdoches, TX | Fee Simple | J | $3,000.00 | $0.00 |
| LT 2 BK 57<br><br>Real Property - Parcel ID: 25584<br>LT 2-D BK 57<br>Nacogdoches, TX | Fee Simple | J | $3,000.00 | $0.00 |
| 0.166 ACRES<br><br>Real Property - 1810 Powers<br>1810 Powers<br>Nacogdoches, TX | Fee Simple | J | $1,200.00 | $0.00 |
| LT 11 BK 47 S/D LT 16 E<br><br>Real Property - 2511 Calumet Drive<br>2511 Calumet Drive | Fee Simple | J | $233,555.00 | $143,186.00 |

B6A (Official Form 6A) (12/07) - Cont.

In re  **Harlon Brooks**                                     Case No.  **09-38232-H4-7**
       **Alfreddie Brooks**                                              (if known)

*CONVERSION*
## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 4*

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Houston, Texas 77004 Debtor's son resides in this home. Debtor's share an interest in this property with Debtor's Son (M. Brooks) and R. Brooks | | | | |
| Real Property - Parcel ID: 27851 LT 29 Brewer & Halton Brewer & Halton Subdivision Nacogdoches, Texas | Fee Simple | C | $3,300.00 | $0.00 |
| Real Property - 1300 Cleaver 1300 Cleaver LT 5A BK 3 Cleaver Nacogdoches, TX | Fee Simple | C | $1,000.00 | $0.00 |
| Real Property - Parcel ID: 31506 LT 12 BK 22 J G Orton J G Orton Subdivision Nacogdoches, TX | Fee Simple | C | $3,200.00 | $0.00 |
| Real Property - Parcel ID: 32539 LT 28 Allen Seale #1 Allen Seale #1 Subdivision Nacogdoches, TX | Fee Simple | C | $1,650.00 | $0.00 |
| Real Property - 3607 Jefferson 3607 Jefferson Lt 4 BK 2 Wildwood Nacogdoches, TX | Fee Simple | C | $6,000.00 | $0.00 |
| Real Property - Parcel ID: 23919 Lts 14, 14 Z & 22 BK 47 LT 24 BK 61 Nacogdoches, Texas -----Titled in the name of Harlon's UTMB, LP. This property adjoins the Bed and Breakfast | Fee Simple | C | $96,850.00 | $0.00 |

B6A (Official Form 6A) (12/07) - Cont.

In re **Harlon Brooks**                                        Case No.   **09-38232-H4-7**
       **Alfreddie Brooks**                                                   (if known)

### *CONVERSION*
## SCHEDULE A - REAL PROPERTY
*Continuation Sheet No. 5*

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Real Property - Parcel ID: 23954<br>LTS 15-A, 16 & 17 BK 43 & LTS 1,2,3,4 & PRT5<br>CLARK SD<br>Nacogdoches, Texas<br><br>-----Titled in the name of Harlon's UTMB, LP  This property adjoins the Bed and Breakfast | Fee Simple | C | $127,450.00 | $0.00 |
| Real Property - Parcel ID: 63834<br>RESERVE AREA SCHOTT SD<br>Nacogdoches, Texas<br><br>-----Titled in the name of Harlon's UTMB, LP | Fee Simple | J | $5,000.00 | $0.00 |
| Real Property - Parcel ID: 9981441<br>LITTLE ROBERT #1<br>REAL<br>AB-372 S MORELAND SURVEY<br>RRC# 232735 WELL #1<br>Nacogdoches, Texas<br><br>LEASE 31035<br>RRC#232735<br>OPERATOR: ENERQUEST CORP<br><br>ACRES: 1.514 | Fee Simple | J | $2,200.00 | $0.00 |
| Real Property - Parcel ID: 0022847<br>AB 42 M SMITH<br>San Augustine, Texas<br><br>JUR-00 01 60 30<br>ACCT NO.: 20330-00042-00023-000010<br><br>ACRES: 3.146 | Fee Simple | J | $40,980.00 | $0.00 |
| Real Property - Parcel ID: 0015097<br>AB 42 M SMITH | Fee Simple | J | $4,720.00 | $0.00 |

B6A (Official Form 6A) (12/07) - Cont.

In re  **Harlon Brooks**                                    Case No.    **09-38232-H4-7**
       **Alfreddie Brooks**                                                (if known)

### *CONVERSION*
### SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 6*

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| San Augustine, Texas<br><br>JUR - 00 01 60 30<br>ACCT NO.: 20330-00042-00006-000020<br><br>ACRES: 3.146 | | | | |
| Real Property - Parcel ID: 0011035<br>ACCT NO.: 20330-00042-00024-00011<br>JUR - 00 01 60 30<br><br>AB 42 M SMITH & IMP<br>San Augustine, Texas<br><br>LAND VALUE: $1500<br>IMPROVEMENT VALUE: $28,990<br>COMBINED VALUE: $30,490<br><br>ACRES: 1.000 | Fee Simple | J | $30,490.00 | $0.00 |
| Real Property - Parcel ID: 0011039<br>ACCT NO.: 20330-00042-00024-000010<br>JUR - 00 01 60 30<br><br>AB 42 M SMITH<br>San Augustine, Texas<br><br>ACRES: 2.146 | Fee Simple | J | $3,220.00 | $0.00 |
| Real Property - Parcel ID: 0019377<br>ACCT NO.: 0002236000-00030-000000<br>JUR - 00 01 60 33 10<br><br>AB 35 E QUIRK<br>(NORTH ADDN OF NEW SUNSET)<br>San Augustine, Texas | Fee Simple | J | $900.00 | $0.00 |
| Real Property - Parcel ID: 0021080 | Fee Simple | J | $1,650.00 | $0.00 |

B6A (Official Form 6A) (12/07) - Cont.

In re **Harlon Brooks**          Case No. **09-38232-H4-7**
**Alfreddie Brooks**                              (if known)

*CONVERSION*
## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 7*

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| ACCT NO.: 20330-00042-00006-000030<br>JUR - 00 01 60 30<br><br>AB 42 M SMITH<br>284/704  288/501<br>San Augustine, Texas<br><br>ACRES: 1.101 | | | | |
| Real Property - Parcel ID: 28125<br>LT 6 BK 2 CLEAVER<br>Nacogdoches, TX | Fee Simple | J | $2,000.00 | $0.00 |
| Real Property - Parcel ID: 24493<br>N/2 LT 65-A BK 53<br>922 MOORE<br>Nacogdoches, TX | Fee Simple | J | $2,000.00 | $0.00 |
| Real Property - Parcel ID: 31334<br>LT 6,6A AND 7 BK 2 J G ORTON<br>Nacogdoches, TX | Fee Simple | J | $4,400.00 | $0.00 |
| Real Property - Parcel ID: 26019<br>LT 10E BK 62<br>Nacogdoches, TX | Fee Simple | J | $5,000.00 | $0.00 |
| Real Property - Parcel ID: 32535<br>LT 24 ALLEN SEALE NO. 1 WODEN<br>Nacogdoches, TX | Fee Simple | J | $3,300.00 | $0.00 |
| Real Property - Parcel ID: 60990<br>LT 2 KENNETH CURL<br>914 AND 918 MOORE<br>Nacogdoches, TX | Fee Simple | J | $6,000.00 | $0.00 |
| Real Property - Parcel ID: 64123<br>LT 1 HARLON BROOKS 1ST SD<br>1200 CEDAR | Fee Simple | J | $11,380.00 | $0.00 |

B6A (Official Form 6A) (12/07) - Cont.

In re **Harlon Brooks**  
  **Alfreddie Brooks**

Case No.   **09-38232-H4-7**
(if known)

### *CONVERSION*
## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 8*

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Nacogdoches, TX | | | | |
| Real Property - Parcel ID: 64124<br>LT 2 HARLON BROOKS 1ST SD<br>1204 AND 1208 CEDAR<br>Nacogdoches, TX | Fee Simple | J | $32,560.00 | $0.00 |
| Real Property - Parcel ID: 64125<br>LT 3 HARLON BROOKS 1ST SD<br>CHERRY ST<br>Nacogdoches, TX | Fee Simple | J | $3,000.00 | $0.00 |
| Real Property - Parcel ID: 64126<br>LT 4 MARLON BROOKS 1ST SD<br>CHERRY ST<br>Nacogdoches, TX | Fee Simple | J | $3,000.00 | $0.00 |
| Real Property - Parcel ID: 64127<br>LT 1 HARLON BROOKS 2ND SD<br>1616 AND 1618 CASTLEBERRY<br>Nacogdoches, TX<br><br>Property Owned by Harlon Brooks and Anita Farr. Debtor's Sister Anita Farr has a 50% interest in this property | Fee Simple | J | $46,570.00 | $0.00 |
| Real Property - Parcel Id: 64128<br>LT 2 HARLON BROOKS 2ND SD<br>BETWEEN WODEN & CASTLEBERRY<br>BEHIND 1621 WODEN<br>Nacogdoches, TX<br><br>Property Owned by Harlon Brooks and Anita Farr. Debtor's Sister Anita Farr has a 50% interest in this property | Fee Simple | J | $3,000.00 | $0.00 |
| Real Property - Parcel ID: 64129<br>LT 3 HARLON BROOKS 2ND SD | Fee Simple | J | $53,320.00 | $0.00 |

B6A (Official Form 6A) (12/07) - Cont.

In re  **Harlon Brooks**                                    Case No.  **09-38232-H4-7**
     **Alfreddie Brooks**                                              (if known)

*CONVERSION*
## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 9*

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 1621 WODEN RD<br>Nacogdoches, TX<br><br>Property Owned by Harlon Brooks and Anita Farr. Debtor's Sister Anita Farr has a 50% interest in this property<br><br>Real Property - Parcel ID: 32521<br>LTS 14 AND 15 ALLEN SEALE NO.1<br>1717 CASTLEBERRY<br>Nacogdoches, TX | Fee Simple | J | $4,620.00 | $0.00 |
| Property Owned by Harlon Brooks and Anita Farr. Debtor's Sister Anita Farr has a 50% interest in this property<br><br>Real Property - 2301 Woodbine<br>2301 Woodbine St<br>Arlington, Texas<br><br>C. Brooks (Debtor's daughter) has a 33.33% interest in this property.  Both Debtors and C. Brooks own this property. | Fee Simple | J | $266,200.00 | $180,000.00 |

                                                             **Total:**  **$3,881,485.00**

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Harlon Brooks**                      Case No.  **09-38232-H4-7**
      **Alfreddie Brooks**                                      (if known)

*CONVERSION*
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | cash on hand<br>Debtor: $75.00<br>Joint Debtor: $30.00 | J | $105.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Bank, checking<br>First Bank & Trust, checking<br>Commercial Bank, checking<br>Austin Bank, checking | J | $40.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Reliant Energy deposits for the following properties:<br>614 Pearl Street - $200<br>1612 East Main - $200<br>1204 Cedar Street - $200 | J | $600.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | (3) TV $1200.00<br>(1) Entertainment Center $100.00<br>(1) DVD Player $50.00<br>(1) CD Player $50.00<br>(1) Recliner $60.00<br>(6) Coffee Tables $200.00<br>(4) End Tables $100.00<br>(10) Lamps $200.00<br>(1) Computer Equipment $600.00<br>(1) Dinner Table $300.00<br>(6) Dining Chairs $300.00<br>(1) Stove/Oven $300.00<br>(1) Dishwasher $100.00<br>(1) Microwave $50.00<br>(1) Refrigerator $300.00<br>(1) Freezer $300.00<br>(2) Dresser $300.00<br>(2) Nightsand $100.00<br>(10) Mirror $200.00<br>(4) Bed $800.00 | J | $16,410.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Harlon Brooks**                                          Case No. **09-38232-H4-7**
    **Alfreddie Brooks**                                                      (if known)

*CONVERSION*
## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | (several) Books $100.00<br>(10) Pictures $200.00<br>(3) Art $200.00<br>(20) Figurines $200.00<br>(1) Sports Memorabilia $50.00<br>(10) Movies $20.00<br>(10) Music $20.00 | J | $790.00 |
| 6. Wearing apparel. | | (several) Wearing Apparel $2000.00<br>(20) Shoes $300.00 | J | $2,300.00 |
| 7. Furs and jewelry. | | (2) Watches $2000 | J | $2,000.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | (1) 1-357 Pistol<br>(1) 1-12 GA Shot Gun | J | $135.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | New York Life Insurance (both Debtors) - no cash value<br>All State Life Insurance (Debtor) - $3500 cash value | J | $3,500.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Harlon Brooks**                                      Case No.  **09-38232-H4-7**
       **Alfreddie Brooks**                                             _____
                                                                       (if known)

### *CONVERSION*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Brooks & Brooks, Inc<br>Tax ID x2769<br>Harlon and Alfreddie Brooks own 100% of the shares. | C | Unknown |
| | | Airport Restaurant Management Corporation<br>Tax ID: x4686<br>Harlon and Alfreddie Brooks own 100% of the shares. | C | Unknown |
| | | Alfreddie, Inc<br>Tax ID: x3910<br>Harlon and Alfreddie Brooks own 100% of the shares.<br>All assets of this corporation were sold in either 2005 or 2006 and the corporation possesses no other assets | C | Unknown |
| | | Buckshot Construction Co / dba Harlon's BBQ House<br>Tax ID: 8413<br>Harlon and Alfreddie Brooks own 100% of the shares. | C | Unknown |
| | | Hamco Airport Concessions, Inc<br>Tax ID: x 8568<br>Harlon and Alfreddie Brooks own 100% of the shares. | J | Unknown |
| | | Harlon's Bar-B-Q House, Inc<br>Tax ID: x 5038<br>Harlon and Alfreddie Brooks owned 100% of the shares.<br>However, the business was sold to Candace Brooks (debtors' daughter) in 2007 | J | $0.00 |
| | | Harlon's BBQ DFW-II, Inc<br>Tax ID: x 3624<br>Harlon and Alfreddie Brooks own 100% of the shares<br>Corporation operated a restaurant located in the DFW airport but has not been operated since 2007. | J | Unknown |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Harlon Brooks**                                             Case No.  **09-38232-H4-7**
       **Alfreddie Brooks**                                                    _____
                                                                              (if known)

*CONVERSION*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | NOLRAH Concessions, Inc<br>Tax ID: x 9531<br>Harlon and Alfreddie Brooks own 100% of the shares<br>Operated the Bush IAH airport location in Terminal C which is now closed. | C | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | | Brooks Galveston Management, LLC<br>Tax ID: x 8289<br>Harlon and Alfreddie Brooks are the only members/owners of the LLC | C | Unknown |
| | | Brooks-Austin LLC<br>Tax ID: x 3458<br>Harlon and Alfreddie Brooks are the only two members/owners | C | Unknown |
| | | HACMB, LLC<br>Tax ID: x 1795<br>Harlon and Alfreddie Brooks are the only two members/owners | J | Unknown |
| | | Harlon's Bar-B-Q Bergstrom IV LTD<br>Tax ID: x 3459<br>Harlon and Alfreddie Brooks are general partners with 99% ownsership interest.<br>Brooks-Austin LLC is a general partner with 1% ownership interest.<br>This entity filed a chapter 7 bankruptcy case in the Southern District of Texas, Houston Division | J | Unknown |
| | | Harlon's Bar-B-Q at Old Spanish Trail, LP<br>Tax ID: x 1812<br>Harlon and Alfreddie Brooks are general partners with 99% ownsership interest.<br>HACMB, LLC is a general partner with 1% ownership interest. | C | Unknown |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Harlon Brooks**                                                 Case No.  **09-38232-H4-7**
      **Alfreddie Brooks**                                                     (if known)

*CONVERSION*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | This company operated the restaurant formerly located in Douglass, Texas.  However, the restaurant is no longer operational and the building where the restaurant was located is currently vacant. | | |
| | | Harlon's Bar-B-Q DFW LTD LLC<br>Tax ID: x 2179<br>Harlon and Alfreddie Brooks are general partners with 99% ownsership interest.<br>Harlon's BBQ DFW-II, Inc. is a general partner with 1% ownership interest.<br>Assets sold in 2005 | C | Unknown |
| | | Harlon's UTMB, LP<br>Tax ID: x 8289<br>Harlon and Alfreddie Brooks are general partners with 99% ownsership interest.<br>Brooks Galveston Management, LLC is a general partner with 1% ownership interest. | C | Unknown |
| | | Harlon's Barbeque Bar & Grill DFW-I LP<br>Tax ID: x 3625<br>Harlon and Alfreddie Brooks are general partners with 99% ownsership interest.<br>Harlon's BBQ DFW-II, Inc is a general partner with 1% ownership interest. | C | Unknown |
| | | Louise SB Management, LLC<br>Tax ID: x 3482<br>Harlon and Alfreddie Brooks are the only members/owners of the LLC | C | Unknown |
| | | Pearson Food Group, LLP<br>Tax ID: x 1351<br>Harlon Brooks (63%) and Michael Chambliss (37%) were partners in this company.<br>Operated the restaurant location in Las Vegas.  However, this company filed bankruptcy in Las Vegas. | C | Unknown |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Harlon Brooks**                                          Case No.  **09-38232-H4-7**
       **Alfreddie Brooks**                                                  (if known)

*CONVERSION*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Soul Bones, LP<br>Tax ID: x 9249<br>Harlon and Alfreddie Brooks are general partners with 99% ownsership interest.<br>Louise SB Management, LLC is a general partner with 1% ownership interest. | C | Unknown |
| | | The Link at Harlon's, Inc.<br>Tax ID: x 7177<br>Non-profit member's club. The entity was necessary in order to sell alcohol in the Nacogdoches restaurant | C | Unknown |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Harlon Brooks**                                    Case No. **09-38232-H4-7**
       **Alfreddie Brooks**                                              (if known)

### CONVERSION
## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Possible Breach of Contract lawsuit or cause of action against the Southwest Minority Group. | J | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Dodge Truck $9000 | J | $9,000.00 |
| | | 1999 Yukon Chevy $1000 | J | $1,000.00 |
| | | 1955 Chevy Bellaire | J | $10,000.00 |
| | | 1961 Studebaker | J | $4,000.00 |
| 26. Boats, motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Harlon Brooks**                                              Case No.   **09-38232-H4-7**
       **Alfreddie Brooks**                                                      (if known)

*CONVERSION*
## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 7*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | (1) Desk $200.00<br>(1) Chair $75.00<br>(1) Table $100.00 | J | $375.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____7_____ continuation sheets attached                    **Total  >**    **$50,255.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  **Harlon Brooks**                                    Case No.  **09-38232-H4-7**
       **Alfreddie Brooks**                                          (If known)

*CONVERSION*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☑ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.

☐  11 U.S.C. § 522(b)(2)

☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Homestead - 507 FM 226<br>507 FM 226<br>Nacogdoches, TX 75961<br><br>The Debtor's homestead property and value includes the following lots:<br><br>1.: LT 7 ROSEWILD Parcel ID: 19778<br>Nacogdoches, TX<br><br>ACRES: 5.530; VALUE: $16,590.00<br><br>2.: LT 5 ROSEWILD Parcel ID: 19776<br>Nacogdoches, Texas<br><br>ACRES: 6.600; VALUE: $738,590.00 (land and improvement)<br><br>3.: LT 6 ROSEWILD Parcel ID: 19777<br>Nacogdoches, Texas<br><br>ACRES: 5.530; VALUE: $16,590.00<br><br>TOTAL COMBINED ACRES: 17.660<br>TOTAL COMBINED VALUE: $771,770.00<br>------------------------------------------------------------ | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $712,770.00 | $771,770.00 |
| (3) TV $1200.00<br>(1) Entertainment Center $100.00<br>(1) DVD Player $50.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $16,410.00 | $16,410.00 |
| | | **$729,180.00** | **$788,180.00** |

B6C (Official Form 6C) (12/07) -- Cont.

In re  **Harlon Brooks**                                    Case No.   **09-38232-H4-7**
       **Alfreddie Brooks**                                              (If known)

### CONVERSION
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| (1) CD Player $50.00<br>(1) Recliner $60.00<br>(6) Coffee Tables $200.00<br>(4) End Tables $100.00<br>(10) Lamps $200.00<br>(1) Computer Equipment $600.00<br>(1) Dinner Table $300.00<br>(6) Dining Chairs $300.00<br>(1) Stove/Oven $300.00<br>(1) Dishwasher $100.00<br>(1) Microwave $50.00<br>(1) Refrigerator $300.00<br>(1) Freezer $300.00<br>(2) Dresser $300.00<br>(2) Nightsand $100.00<br>(10) Mirror $200.00<br>(4) Bed $800.00 | | | |
| (several) Books $100.00<br>(10) Pictures $200.00<br>(3) Art $200.00<br>(20) Figurines $200.00<br>(1) Sports Memorabilia $50.00<br>(10) Movies $20.00<br>(10) Music $20.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $790.00 | $790.00 |
| (several) Wearing Apparel $2000.00<br>(20) Shoes $300.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $2,300.00 | $2,300.00 |
| (2) Watches $2000 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $2,000.00 | $2,000.00 |
| (1) 1-357 Pistol<br>(1) 1-12 GA Shot Gun | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(7) | $135.00 | $135.00 |
| New York Life Insurance (both Debtors) - no cash value | Tex. Ins. Code § 1108.051 | $3,500.00 | $3,500.00 |
| | | **$737,905.00** | **$796,905.00** |

B6C (Official Form 6C) (12/07) -- Cont.

In re   **Harlon Brooks**                                          Case No.   **09-38232-H4-7**
       **Alfreddie Brooks**                                                  (If known)

*CONVERSION*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| All State Life Insurance (Debtor) - $3500 cash value | | | |
| 2003 Dodge Truck $9000 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $9,000.00 | $9,000.00 |
| 1999 Yukon Chevy $1000 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $1,000.00 | $1,000.00 |
| 1955 Chevy Bellaire | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $10,000.00 | $10,000.00 |
| 1961 Studebaker | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $4,000.00 | $4,000.00 |
| (1) Desk $200.00 (1) Chair $75.00 (1) Table $100.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $375.00 | $375.00 |
| | | **$762,280.00** | **$821,280.00** |

B6D (Official Form 6D) (12/07)

In re   **Harlon Brooks**                                    Case No.   **09-38232-H4-7**
       **Alfreddie Brooks**                                              _____
                                                                         (if known)

*CONVERSION*

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Austin Bank Texas, NA**<br>**c/o Glen Patrick**<br>**McNally & Patrick, LLP**<br>**PO Box 1080**<br>**Tyler, TX 75710-1080** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**Bed and Breakfast**<br>REMARKS:<br>**321 Old Tyler Rd.**<br>**9 bedroom bed and breakfast on 5**<br>**acres of land**<br><br>VALUE:   **$350,000.00** | | | | **$224,422.22** | |
| ACCT #:<br><br>**Austin Bank Texas, NA**<br>**c/o Glen Patrick**<br>**McNally & Patrick, LLP**<br>**PO Box 1080**<br>**Tyler, TX 75710-1080** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**Restaurant**<br>REMARKS:<br>**603 Old Tyler Rd**<br>**7000 sqft Restraurant on 2 acres of**<br>**land with equipment**<br><br>VALUE:   **$499,000.00** | | | | **$58,308.91** | |
| ACCT #:<br><br>**Austin Bank Texas, NA**<br>**c/o Glen Patrick**<br>**McNally & Patrick, LLP**<br>**PO Box 1080**<br>**Tyler, TX 75710-1080** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**Land**<br>REMARKS:<br>**48.425 acres of land**<br><br>VALUE:   **$242,150.00** | | | | **$62,076.77** | |
| ACCT #: **9063**<br><br>**Chase Home Finance LLC**<br>**3415 Vision Drive**<br>**Columbus, OH 43219-6009** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Home Equity Loan**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br><br>VALUE:   **$771,770.00** | | | | **$59,000.00** | |
| | | | Subtotal (Total of this Page) > | | | | **$403,807.90** | **$0.00** |
| | | | Total (Use only on last page) > | | | | | |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

_____**3**_____continuation sheets attached

B6D (Official Form 6D) (12/07) - Cont.

In re **Harlon Brooks**                                      Case No.  **09-38232-H4-7**
      **Alfreddie Brooks**                                                          (if known)

*CONVERSION*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **0600** <br><br> **Chase Home Finance LLC** <br> **3415 Vision Drive** <br> **Columbus, OH 43219-6009** | | C | DATE INCURRED: <br> NATURE OF LIEN: <br> **Purchase Money** <br> COLLATERAL: <br> **Real Property** <br> REMARKS: <br> **2511 Calumet Drive** <br><br> VALUE:                    **$233,555.00** | | | | **$143,186.00** | |
| ACCT #: <br><br> **Citizen First Bank** <br> **3010 North University** <br> **Nacogdoches, TX 75965** | | C | DATE INCURRED: <br> NATURE OF LIEN: <br> **Non-Purchase Money** <br> COLLATERAL: <br> **Restaurant** <br> REMARKS: <br> **14812 Highway 21 West** <br> **8800 sqft Resturant on approx: 10 acres of land** <br> VALUE:                    **$395,000.00** | | | | **$128,839.67** | |
| ACCT #: <br><br> **Commercial Bank of Texas** <br> **215 East Main Street** <br> **Nacogdoches, TX 75961** | | C | DATE INCURRED: <br> NATURE OF LIEN: <br> **Purchase Money** <br> COLLATERAL: <br> **Office Building** <br> REMARKS: <br> **517 East Main Street** <br> **1000 sqft. office building on 1/2 acres of land** <br> VALUE:                     **$75,000.00** | | | | **$29,422.57** | |
| ACCT #: <br><br> **First Bank & Trust East Texas** <br> **104 North Temple** <br> **Diboll, Texas 75941** | | C | DATE INCURRED: <br> NATURE OF LIEN: <br> **Purchase Money** <br> COLLATERAL: <br> **Rental Property** <br> REMARKS: <br> **614 & 616 Pearl Street** <br> **3 bedroom house** <br> **(2) 1 bedroom, 1 bath duplex** <br> VALUE:                    **$150,000.00** | | | | **$147,693.26** | |

Sheet no. _____**1**_____ of _____**3**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >   **$449,141.50**   **$0.00**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Harlon Brooks**
**Alfreddie Brooks**

Case No.  **09-38232-H4-7**

(if known)

*CONVERSION*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**First Bank & Trust East Texas**<br>**104 North Temple**<br>**Diboll, Texas 75941** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**Rental Property**<br>REMARKS:<br>**1612 East Main Street**<br>**5 bedroom, 2 bath, brick house**<br><br>VALUE:                  **$95,000.00** | | | | **$69,000.00** | |
| ACCT #: **463-66-xxxx**<br><br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 21126**<br>**Philadelphia, PA 19114-1294** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Tax Levy**<br>COLLATERAL:<br>**Non-Exempt Property**<br>REMARKS:<br><br>VALUE:                **$557,530.85** | | | | **$557,530.85** | |
| ACCT #: **0240-50**<br><br>**Unity National Bank**<br>**c/o Craig R. Denum**<br>**11757 Katy Freeway, Suite 1010**<br>**Houston, Texas 77079** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**All Furniture and Fixtures at Miller Outdoor Theat**<br>REMARKS:<br>**Blanket Assignment of all furniture**<br>**and fixtures located at the Miller**<br>**Outdoor Theatre Concessions**<br>VALUE:                  **$10,000.00** | | | | **$113,923.46** | **$103,923.46** |
| ACCT #: **0240-51**<br><br>**Unity National Bank**<br>**c/o Craig R. Denum**<br>**11757 Katy Freeway, Suite 1010**<br>**Houston, Texas 77079** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**Furniture Fixtures and Equipment at IAH**<br>REMARKS:<br>**Blanket Assignment of all furniture,**<br>**fixtures and equipment at the George**<br>**Bush Airport.  Debtor is the personal**<br>**guarantor on the note entered into by**<br>**Brooks & Brooks, Inc.** | | | | **$140,635.24** | **$120,635.24** |

Sheet no. _____**2**_____ of _____**3**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >    **$881,089.55**    **$224,558.70**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Harlon Brooks**
     **Alfreddie Brooks**

Case No. __**09-38232-H4-7**__
                   (if known)

*CONVERSION*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | VALUE:     **$20,000.00** | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____**3**____ of ____**3**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$0.00** |
| Total (Use only on last page) > | **$1,734,038.95** |

| | |
|---|---|
| | **$0.00** |
| | **$224,558.70** |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re **Harlon Brooks**                                    Case No.    **09-38232-H4-7**
      **Alfreddie Brooks**                                              (If Known)

*CONVERSION*
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re  **Harlon Brooks**                                                      Case No.   **09-38232-H4-7**
      **Alfreddie Brooks**                                                                                         (If Known)

*CONVERSION*

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: <br><br>**Internal Revenue Service Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114-1294** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $17,425.59 | $17,425.59 | $0.00 |
| ACCT #: **x15216** <br><br>**Texas Comptroler of Public Accounts Bankruptcy-Collections Division PO Box 12548 Austin, Texas 78711-2548** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes, Penalties and Interest**<br>REMARKS: | | | | $135,672.54 | $135,672.54 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals (Totals of this page) > | $153,098.13 | $153,098.13 | $0.00 |
|---|---|---|---|---|
|  | Total > | $153,098.13 | | |
| **(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)** | | | | |
|  | Totals > | | $153,098.13 | $0.00 |
| **(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)** | | | | |

B6F (Official Form 6F) (12/07)

In re **Harlon Brooks**
    **Alfreddie Brooks**

Case No.  **09-38232-H4-7**
           (if known)

*CONVERSION*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **752265225** <br> **Benchoff & Benchoff** <br> **316 University Drive** <br> **POB 631063** <br> **Nacogdoches, TX 75963-1063** | C | | DATE INCURRED: <br> CONSIDERATION: <br> **Attorney Fees** <br> REMARKS: | | | | $3,511.44 |
| ACCT #: <br> **Clearlake Regional Medical Center** <br> **c/o B Line, LLC** <br> **MS 550** <br> **PO Box 91121** <br> **Seattle, WA 98111-9221** | C | | DATE INCURRED: <br> CONSIDERATION: <br> **Medical** <br> REMARKS: | | | | $534.04 |
| ACCT #:  **x4408** <br> **CR Evergreen, LLC** <br> **MS 550** <br> **PO Box 91121** <br> **Seattle, WA 98111-9221** | C | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: <br> **Chase Bank, USA** | | | | **Notice Only** |
| ACCT #: <br> **Internal Revenue Service** <br> **Centralized Insolvency Operations** <br> **PO Box 21126** <br> **Philadelphia, PA 19114-1294** | C | | DATE INCURRED: <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | X | $4,464.85 |
| ACCT #:  **6951** <br> **JDDA Concessions Management, Inc.** <br> **Melendez Law, PC** <br> **PO Box 591249** <br> **Houston, Texas 77259** | C | | DATE INCURRED: <br> CONSIDERATION: <br> **Outstanding Debt** <br> REMARKS: <br> **Judgment; 926,951** | | | | $14,889.00 |
| ACCT #: <br> **Sysco Food Services of Houston** <br> **c/o Henry Radoff** <br> **PO Box 6536** <br> **Houston, Texas 77265** | C | | DATE INCURRED: <br> CONSIDERATION: <br> **Outstanding Debt** <br> REMARKS: | | | | $3,273.00 |
| | | | | | | Subtotal > | $26,672.33 |
| | | | | | | Total > | |

_____**1**_____continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Harlon Brooks**          Case No.   09-38232-H4-7
        **Alfreddie Brooks**                   (if known)

*CONVERSION*
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **0712** <br> **Unity National Bank** <br> **c/o Boude E. Storey II** <br> **Storey & Denum, PC** <br> **11757 Katy Freeway, Suite 1010** <br> **Houston, Texas 77079** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Outstanding Debt** <br> REMARKS: <br> **Debtor was the personal guarantor for Soul Bones, LP on the Promissory Note Dated August 24, 2000 in the original principal** | | | | **Unknown** |
| | | | **amount of $150,000 concerning property located in Galveston, Texas.   that was scheduled for foreclosure on November 3, 2009.  an Agreed Order terminating the stay was entered on May 10, 2010.** | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. _____1_____ of _____1_____ continuation sheets attached to                                **Subtotal >**   **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                            **Total >**   **$26,672.33**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **Harlon Brooks**
       **Alfreddie Brooks**

Case No.   **09-38232-H4-7**
                    (if known)

*CONVERSION*
## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **Harlon Brooks**          Case No.   **09-38232-H4-7**
       **Alfreddie Brooks**                              (if known)

*CONVERSION*
## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re  **Harlon Brooks**  Case No.  **09-38232-H4-7**
      **Alffreddie Brooks**  (if known)

### *CONVERSION*
## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | President | Vice President |
| Name of Employer | Brooks & Brooks, Inc | Brooks & Brooks, Inc |
| How Long Employed | 32 years 9 months | 32 years 9 months |
| Address of Employer | 6930 M.L. King Blvd | 6930 M.L. King Blvd |
| | Houston, Tx 77033 | Houston, Tx 77033 |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $17,733.48 | $0.00 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | **$17,733.48** | **$0.00** |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | $0.00 |
| | b. Social Security Tax | $0.00 | $0.00 |
| | c. Medicare | $0.00 | $0.00 |
| | d. Insurance | $0.00 | $0.00 |
| | e. Union dues | $0.00 | $0.00 |
| | f. Retirement | $0.00 | $0.00 |
| | g. Other (Specify) _____ | $0.00 | $0.00 |
| | h. Other (Specify) _____ | $0.00 | $0.00 |
| | i. Other (Specify) _____ | $0.00 | $0.00 |
| | j. Other (Specify) _____ | $0.00 | $0.00 |
| | k. Other (Specify) _____ | $0.00 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | **$0.00** |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$17,733.48** | **$0.00** |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $3,054.00 | $0.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify): | | |
| | Social Security | $2,021.00 | $0.00 |
| 12. | Pension or retirement income | $0.00 | $91.00 |
| 13. | Other monthly income (Specify): | | |
| | a._____ | $0.00 | $0.00 |
| | b._____ | $0.00 | $0.00 |
| | c._____ | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$5,075.00** | **$91.00** |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$22,808.48** | **$91.00** |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$22,899.48** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE: **Harlon Brooks**        Case No.   **09-38232-H4-7**
**Alfreddie Brooks**                              (if known)

## *CONVERSION*
# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $3,200.00 |
|    a. Are real estate taxes included?    ☐ Yes   ☑ No | |
|    b. Is property insurance included?    ☐ Yes   ☑ No | |
| 2. Utilities:  a. Electricity and heating fuel | $1,091.61 |
|            b. Water and sewer | $108.30 |
|            c. Telephone | $82.96 |
|            d. Other:  Cable T.V. | $139.60 |
| 3. Home maintenance (repairs and upkeep) | $464.00 |
| 4. Food | $400.00 |
| 5. Clothing | $100.00 |
| 6. Laundry and dry cleaning | $36.28 |
| 7. Medical and dental expenses | $500.00 |
| 8. Transportation (not including car payments) | $656.39 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $100.00 |
| 10. Charitable contributions | $200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | $500.00 |
|           b. Life | $69.00 |
|           c. Health | $714.72 |
|           d. Auto | |
|           e. Other:  New York Life | $1,833.33 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $1,333.00 |
| Specify: Property Taxes | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto: | |
|           b. Other:  Secured loan pmt - 616 Pearl Street | $721.00 |
|           c. Other:  Secured loan pmt - 1612 East Main | $630.69 |
|           d. Other:  Secured loan pmt - 14812 Hwy 21 West | $1,797.66 |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $607.77 |
| 17.a. Other: See attached personal expenses | $628.05 |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$15,914.36** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $22,899.48 |
| b. Average monthly expenses from Line 18 above | $15,914.36 |
| c. Monthly net income (a. minus b.) | $6,985.12 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Harlon Brooks**
        **Alfreddie Brooks**

CASE NO   **09-38232-H4-7**

CHAPTER   **11**

*CONVERSION*
## EXHIBIT TO SCHEDULE J

### Itemized Business Expenses
**Rental Property: 1612 East Main**

| Expense | Category | Amount |
|---|---|---|
| Homeowner's Insurance | Insurance | $172.98 |
| | Total > | $172.98 |

### Itemized Business Expenses
**Rental Property: 616A Pearl Street**

| Expense | Category | Amount |
|---|---|---|
| Gas | Utilities | $17.64 |
| Water | Utilities | $134.78 |
| Homeowner's Insurance | Insurance | $59.94 |
| | Total > | $212.36 |

### Itemized Business Expenses
**Rental Property: 616B Pearl Street**

| Expense | Category | Amount |
|---|---|---|
| Gas | Utilities | $17.64 |
| Water | Utilities | $134.78 |
| Homeowner's Insurance | Insurance | $59.94 |
| | Total > | $212.36 |

### Itemized Business Expenses
**Rental Property:  1204 Cedar Street**

| Expense | Category | Amount |
|---|---|---|
| Electricity (just to have lights around the building) | Utilities | $10.07 |
| | Total > | $10.07 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Harlon Brooks**
        **Alfreddie Brooks**

CASE NO  **09-38232-H4-7**

CHAPTER  **11**

*CONVERSION*
## EXHIBIT TO SCHEDULE J

*Continuation Sheet No. 1*

## Itemized Personal Expenses

| Expense | Amount |
|---|---:|
| Gas Expense for house located at 5307 Fairgreen in Houston | **$66.80** |
| Water Expense for house located at 5307 Fairgreen in Houston | **$11.56** |
| Electricity Expense for house located at 5307 Fairgreen in Houston | **$445.80** |
| Cable Expense for house located at 5307 Fairgreen in Houston | **$56.25** |
| Angel Alarm | **$47.64** |
| **Total >** | **$628.05** |

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **Harlon Brooks**                                          Case No.      **09-38232-H4-7**
       **Alfreddie Brooks**

                                                                 Chapter        **11**

### *CONVERSION*
## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the
debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.
Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under
chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 10 | $3,881,485.00 | | |
| B - Personal Property | Yes | 8 | $50,255.00 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | $1,734,038.95 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $153,098.13 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $26,672.33 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $22,899.48 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $15,914.36 |
| TOTAL | | 35 | $3,931,740.00 | $1,913,809.41 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **Harlon Brooks**
      **Alfreddie Brooks**

Case No.    **09-38232-H4-7**

Chapter    **11**

*CONVERSION*
## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $153,098.13 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$153,098.13** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $22,899.48 |
| Average Expenses (from Schedule J, Line 18) | $15,914.36 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $18,199.26 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $224,558.70 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $153,098.13 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $26,672.33 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $251,231.03 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Harlon Brooks**                                    Case No.   **09-38232-H4-7**
     **Alfreddie Brooks**                                                    (if known)

*CONVERSION*
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **37** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date **11/19/2010** _____          Signature ___ **/s/ Harlon Brooks** _____
                                                              **Harlon Brooks**


Date **11/19/2010** _____          Signature ___ **/s/ Alfreddie Brooks** _____
                                                              **Alfreddie Brooks**
                                                  [If joint case, both spouses must sign.]


*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

In re:  **Harlon Brooks**                                    Case No.  __09-38232-H4-7__
        **Alfreddie Brooks**                                              (if known)

*CONVERSION*
**STATEMENT OF FINANCIAL AFFAIRS**

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$130,000.00** | **2009 YTD Employment Debtor** |
| **$120,439.00** | **2008 Employment Debtor** |
| **$47,853.00** | **2007 Employment Debtor** |

---

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$77,000.00** | **2008 Capital Gain Debtor** |
| **$103,536.00** | **2007 Capital Gain Debtor** |
| **$68,656.00** | **2007 Dividends Debtor** |
| **$455.00** | **2008 Pension Joint Debtor** |

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Harlon Brooks**                                          Case No.   **09-38232-H4-7**
         **Alfreddie Brooks**                                                      (if known)

*CONVERSION*
# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None

☐   **4. Suits and administrative proceedings, executions, garnishments and attachments**

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| The State of Texas vs. Harlon Brooks cause no. D-1-GV-09-001918 | | | |
| The State of Texas vs. Harlon Brooks cause no. D-1-GV-09-001831 | | | |

---

None

☑   b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None

☑   **5. Repossessions, foreclosures and returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None

☑   **6. Assignments and receiverships**

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None

☑   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None

☑   **7. Gifts**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None

☑   **8. Losses**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re:   **Harlon Brooks**                                         Case No.   **09-38232-H4-7**
         **Alfreddie Brooks**                                                     (if known)

### *CONVERSION*
# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Pope Law Firm** **4801 Woodway Drive** **Suite 300 East** **Houston, Texas 77056** | **10/30/2009** **Debtors' daughter paid the fee for the debtors** | **$274.00** |
| **The Pope Law Firm** **4801 Woodway Drive** **Suite 300 East** **Houston, Texas 77056** | **02/26/2010** | **$3,039.00** **Chapter 11 conversion fee** |

---

**10. Other transfers**

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

B7 (Official Form 7) (12/07) - Cont.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re:   **Harlon Brooks**                                          Case No.   **09-38232-H4-7**
      **Alfreddie Brooks**                                                                    (if known)

### *CONVERSION*
# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None ☑

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:  **Harlon Brooks**                                    Case No.  **09-38232-H4-7**
        **Alfreddie Brooks**                                              (if known)

*CONVERSION*
# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

None
☑   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements
None
☑   a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None
☑   b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☑   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None
☑   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

### 20. Inventories
None
☑   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None
☑   b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders
None
☑   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None
☑   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

### 22. Former partners, officers, directors and shareholders
None
☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:  **Harlon Brooks**                                              Case No.   **09-38232-H4-7**
         **Alfreddie Brooks**                                                              (if known)

*CONVERSION*
**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 5*

---

None
☑    b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

None
☑    **23. Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

None
☑    **24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

None
☑    **25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **11/19/2010**                                    Signature    **/s/ Harlon Brooks**
                                                         of Debtor    *Harlon Brooks*

Date  **11/19/2010**                                    Signature    **/s/ Alfreddie Brooks**
                                                         of Joint Debtor  *Alfreddie Brooks*
                                                         (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:  **Harlon Brooks**
        **Alfreddie Brooks**

CASE NO   **09-38232-H4-7**

CHAPTER   **11**

*CONVERSION*
## CHAPTER 11 STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>Austin Bank Texas, NA<br>c/o Glen Patrick<br>McNally & Patrick, LLP<br>PO Box 1080<br>Tyler, TX 75710-1080 | **Describe Property Securing Debt:**<br>Bed and Breakfast |

Property will be (check one):
☐ Surrendered     ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt     ☐ Not claimed as exempt

| Property No.   2 | |
|---|---|
| **Creditor's Name:**<br>Austin Bank Texas, NA<br>c/o Glen Patrick<br>McNally & Patrick, LLP<br>PO Box 1080<br>Tyler, TX 75710-1080 | **Describe Property Securing Debt:**<br>Restaurant |

Property will be (check one):
☐ Surrendered     ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt     ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:   **Harlon Brooks**
         **Alfreddie Brooks**

CASE NO    **09-38232-H4-7**

CHAPTER    **11**

### *CONVERSION*
### CHAPTER 11 STATEMENT OF INTENTION

*Continuation Sheet No. 1*

---

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Austin Bank Texas, NA<br>c/o Glen Patrick<br>McNally & Patrick, LLP<br>PO Box 1080<br>Tyler, TX 75710-1080 | **Describe Property Securing Debt:**<br>Land |

Property will be (check one):
- ☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☒ Reaffirm the debt
- ☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt     ☐ Not claimed as exempt

---

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Chase Home Finance LLC<br>3415 Vision Drive<br>Columbus, OH 43219-6009<br>9063 | **Describe Property Securing Debt:**<br>Homestead |

Property will be (check one):
- ☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☒ Reaffirm the debt
- ☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt     ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:   **Harlon Brooks**
           **Alfreddie Brooks**

CASE NO   **09-38232-H4-7**

CHAPTER   **11**

*CONVERSION*
## CHAPTER 11 STATEMENT OF INTENTION

*Continuation Sheet No. 2*

| Property No.   5 | |
|---|---|
| **Creditor's Name:**<br>Chase Home Finance LLC<br>3415 Vision Drive<br>Columbus, OH 43219-6009<br>0600 | **Describe Property Securing Debt:**<br>Real Property |

Property will be (check one):
☐ Surrendered     ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt    ☐ Not claimed as exempt

| Property No.   6 | |
|---|---|
| **Creditor's Name:**<br>Citizen First Bank<br>3010 North University<br>Nacogdoches, TX 75965 | **Describe Property Securing Debt:**<br>Restaurant |

Property will be (check one):
☐ Surrendered     ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt    ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Harlon Brooks**
         **Alfreddie Brooks**

CASE NO   **09-38232-H4-7**

CHAPTER   **11**

*CONVERSION*
**CHAPTER 11 STATEMENT OF INTENTION**

*Continuation Sheet No. 3*

| Property No.   7 | |
|---|---|
| **Creditor's Name:**<br>Commercial Bank of Texas<br>215 East Main Street<br>Nacogdoches, TX 75961 | **Describe Property Securing Debt:**<br>Office Building |

Property will be (check one):
☐ Surrendered   ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt   ☐ Not claimed as exempt

| Property No.   8 | |
|---|---|
| **Creditor's Name:**<br>First Bank & Trust East Texas<br>104 North Temple<br>Diboll, Texas 75941 | **Describe Property Securing Debt:**<br>Rental Property |

Property will be (check one):
☐ Surrendered   ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt   ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:  **Harlon Brooks**          CASE NO   **09-38232-H4-7**
        **Alfreddie Brooks**

                                                 CHAPTER    **11**

*CONVERSION*
## CHAPTER 11 STATEMENT OF INTENTION

*Continuation Sheet No. 4*

---

Property No.   9

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| First Bank & Trust East Texas<br>104 North Temple<br>Diboll, Texas 75941 | Rental Property |

Property will be (check one):
- ☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt    ☐ Not claimed as exempt

---

Property No.   10

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114-1294<br>463-66-xxxx | Non-Exempt Property |

Property will be (check one):
- ☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt    ☐ Not claimed as exempt

---

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:  **Harlon Brooks**
        **Alfreddie Brooks**

CASE NO  **09-38232-H4-7**

CHAPTER  **11**

*CONVERSION*
## CHAPTER 11 STATEMENT OF INTENTION

*Continuation Sheet No. 5*

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES  ☐         NO  ☐ |

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:   **Harlon Brooks**
         **Alfreddie Brooks**

CASE NO   **09-38232-H4-7**

CHAPTER   **11**

### *CONVERSION*
## CHAPTER 11 STATEMENT OF INTENTION
*Continuation Sheet No. 6*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **11/19/2010**

Signature **/s/ Harlon Brooks**
*Harlon Brooks*

Date **11/19/2010**

Signature **/s/ Alfreddie Brooks**
*Alfreddie Brooks*

### CERTIFICATE OF SERVICE

I, the below signed, do hereby certify that a true and correct copy of the foregoing Chapter 7 Individual Debtor's Statement of Intention was mailed or otherwise served to the Chapter 7 Trustee, the secured creditors as listed on Schedule D, the United States Trustee and/or to any other interested parties as may be required by B.R. 1007 and applicable local bankruptcy rules.

Date **11/19/2010**

**/s/ James Q. Pope**
**James Q. Pope**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Harlon Brooks**                                        CASE NO   **09-38232-H4-7**
        **Alfreddie Brooks**

                                                                CHAPTER   **11**

                              *CONVERSION*
                    <u>**VERIFICATION OF CREDITOR MATRIX**</u>


        The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.



Date  _11/19/2010_____        Signature  _/s/ Harlon Brooks_____
                                                  *Harlon Brooks*



Date  _11/19/2010_____        Signature  _/s/ Alfreddie Brooks_____
                                                  *Alfreddie Brooks*

Debtor(s):  **Harlon Brooks**
              **Alfreddie Brooks**

Case No:  **09-38232-H4-7**

Chapter:  **11**

**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Austin Bank Texas, NA
c/o Glen Patrick
McNally & Patrick, LLP
PO Box 1080
Tyler, TX 75710-1080

Sysco Food Services of Houston
c/o Henry Radoff
PO Box 6536
Houston, Texas 77265

Benchoff & Benchoff
316 University Drive
POB 631063
Nacogdoches, TX 75963-1063

Texas Comptroler of Public Acco
Bankruptcy-Collections Division
PO Box 12548
Austin, Texas 78711-2548

Chase Home Finance LLC
3415 Vision Drive
Columbus, OH 43219-6009

Unity National Bank
c/o Boude E. Storey II
Storey & Denum, PC
11757 Katy Freeway, Suite 1010
Houston, Texas 77079

Citizen First Bank
3010 North University
Nacogdoches, TX 75965

Unity National Bank
c/o Craig R. Denum
11757 Katy Freeway, Suite 1010
Houston, Texas 77079

Clearlake Regional Medical Cent
c/o B Line, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Commercial Bank of Texas
215 East Main Street
Nacogdoches, TX 75961

CR Evergreen, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

First Bank & Trust East Texas
104 North Temple
Diboll, Texas 75941

Internal Revenue Service
Centralized Insolvency Operatio
PO Box 21126
Philadelphia, PA 19114-1294

JDDA Concessions Management, In
Melendez Law, PC
PO Box 591249
Houston, Texas 77259