JOINTLY ADMINISTERED WITH HARLON AND ALFREDDIE BROOKS CASE #09-38232

| | |
|---|---|
| CASE NAME: | BROOKS & BROOKS, INC |
| CASE NUMBER: | 10-40117-H4-7 (Jointly Administered with 09-38232-H4-7) |
| PETITION DATE: | 11/2/2010 |

UNITED STATES BANKRUPTCY COURT
Southern DISTRICT OF TEXAS
Houston DIVISION

## TRUSTEE'S - MONTHLY REPORT SUMMARY - MODIFIED CASH BASIS

December, 2010

| MONTH ENDING | November, 2010 | December, 2010 | January, 2011 | February, 2011 | March, 2011 | April, 2011 | Filing to Date |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 146,414.17 | 149,556.32 | - | - | - | - | 295,970.49 |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | 38,722.15 | 31,059.63 | - | - | - | - | 69,781.78 |
| NET INCOME (LOSS) (MOR-6) | 38,722.15 | 31,059.63 | - | - | - | - | 69,781.78 |
| PAYMENTS TO INSIDERS (MOR-9) | 20,074.00 | 18,612.00 | - | - | - | - | 38,686.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 500.00 | - | - | - | - | - | 500.00 |
| TOTAL DISBURSEMENTS (MOR-8) | (135,088.29) | (131,744.75) | - | - | - | - | (266,833.04) |

| REQUIRED INSURANCE MAINTAINED | | |
|---|---|---|
| AS OF SIGNATURE DATE | | EXP. DATE |
| CASUALTY | YES ( ) NO ( ) | N/A - - |
| LIABILITY | YES ( ) NO ( ) | N/A - - |
| VEHICLE | YES ( ) NO ( ) | N/A - - |
| WORKER'S | YES ( ) NO ( ) | N/A - - |
| OTHER | YES ( ) NO ( ) | N/A - - |

*NOT KNOWN AT THIS TIME. TRUSTEE IS ATTEMPTING TO OBTAIN THIS INFORMATION FROM THE DEBTOR'S REPRESENTATIVE.

| | |
|---|---|
| Are all accounts receivable being collected within terms? | N/A |
| Are all post-petition liabilities, including taxes, being paid within terms? | Yes |
| Have any pre-petition liabilities been paid? | Yes |
| If so, describe | See Footnotes |
| Are all funds received being deposited into Trustee bank account? | No, See Footnote |
| Were any assets disposed of outside the normal course of business? | No |
| If so, describe | N/A |
| Are all U. S. Trustee Quarterly Fee Payments current? | N/A, Chapter 7 |
| What is the status of your Plan of Reorganization? | N/A, Chapter 7 |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct based on information made available to me by the debtor.

SIGNED: _[signature]_
TITLE: CHAPTER 7 TRUSTEE

| | |
|---|---|
| ATTORNEY NAME: | Blanche Duett Smith |
| FIRM: | McFall Breitbeil & Smith |
| ADDRESS: | 1331 Lamar St., Suite 1250 |
| CITY, STATE, ZIP: | Houston, Texas 77010 |
| TELEPHONE: | 713/590-9399 |

MOR-1   Please see footnotes after MOR 9 for important information concerning these reports.

CASE NAME: BROOKS & BROOKS, INC
CASE NUMBER: 10-40117-H4-7 (Jointly Administered with 09-38232-H4-7)

# COMPARATIVE BALANCE SHEETS

| See Notes | ASSETS | Petition Date 11/2/2010* | November, 2010 | December, 2010 | January, 2011 | February, 2011 | March, 2011 | April, 2011 |
|---|---|---|---|---|---|---|---|---|
| | **CURRENT ASSETS** | | | | | | | |
| | Cash | (6,727.89) | (1,627.69) | (2,429.18) | - | - | - | - |
| | Accounts Receivable, Net | - | - | - | - | - | - | - |
| | Inventory: Lower of Cost or Market | - | - | - | - | - | - | - |
| | Prepaid Expenses | - | - | - | - | - | - | - |
| | Investments | - | - | - | - | - | - | - |
| | Other - Accrued Interest | - | - | - | - | - | - | - |
| | **TOTAL CURRENT ASSETS** | (6,727.89) | (1,627.69) | (2,429.18) | - | - | - | - |
| | **PROPERTY, PLANT & EQUIPMENT** | | | | | | | |
| | Property, Plant & Equipment at Cost | - | - | - | - | - | - | - |
| | Less: Accumulated Depreciation | - | - | - | - | - | - | - |
| | **NET BOOK VALUE OF PP&E** | - | - | - | - | - | - | - |
| | **OTHER ASSETS:** | | | | | | | |
| A | 1) RECEIVABLE FROM OWNERS | 28,050.49 | 51,380.19 | 86,932.00 | - | - | - | - |
| | 2) | | | | | | | |
| | 3) | | | | | | | |
| | 4) | | | | | | | |
| | **TOTAL OTHER ASSETS** | 28,050.49 | 51,380.19 | 86,932.00 | - | - | - | - |
| | **TOTAL ASSETS** | 21,322.60 | 49,752.50 | 84,502.82 | - | - | - | - |

MOR-2  * *Please see footnotes after MOR 9 for important information concerning these reports.*

CASE NAME: BROOKS & BROOKS, INC
CASE NUMBER: 10-40117-H4-7 (Jointly Administered with 09-38232-H4-7)

## COMPARATIVE BALANCE SHEETS

| See Notes | LIABILITIES | Petition Date 11/02/2010* | November, 2010 | December, 2010 | January, 2011 | February, 2011 | March, 2011 | April, 2011 |
|---|---|---|---|---|---|---|---|---|
| | POST-PETITION LIABILITIES | | 11,030.35 | 14,721.04 | - | - | - | - |
| | PRE-PETITION LIABILITIES | | | | | | | |
| | Notes Payable - Secured | - | - | - | - | - | - | - |
| | Priority Debt | - | - | - | - | - | - | - |
| | Federal Income Tax (if Secured by Lien) | - | - | - | - | - | - | - |
| | Liens not found on Debtors Schedules | - | - | - | - | - | - | - |
| C | Unsecured Debt | 8,394.15 | - | - | - | - | - | - |
| B | Other - Sales Taxes Payable | 12,928.45 | - | - | - | - | - | - |
| | TOTAL PRE-PETITION LIABILITIES | 21,322.60 | - | - | - | - | - | - |
| | TOTAL LIABILITIES | 21,322.60 | 11,030.35 | 14,721.04 | - | - | - | - |
| | OWNER'S EQUITY (DEFICIT) | | | | | | | |
| | Additional Paid-In-Capital | - | - | - | - | - | - | - |
| | Retained Earnings: Filing Date * | - | - | - | - | - | - | - |
| | Retained Earnings: Post-Petition | - | 38,722.15 | 69,781.78 | - | - | - | - |
| | Retained Earnings: Post-Confirmation | - | - | - | - | - | - | - |
| | TOTAL OWNER'S EQUITY (DEFICIT) | - | 38,722.15 | 69,781.78 | - | - | - | - |
| | TOTAL LIABILITIES AND EQUITY | 21,322.60 | 49,752.50 | 84,502.82 | - | - | - | - |

MOR-3   * Please see footnotes after MOR 9 for important information concerning these reports.

CASE NAME: BROOKS & BROOKS, INC
CASE NUMBER: 10-40117-H4-7 (Jointly Administered with 09-38232-H4-7)

## SCHEDULE OF POST-PETITION LIABILITIES

| See Notes | LIABILITIES | Petition Date 11/02/2010* | November, 2010 | December, 2010 | January, 2011 | February, 2011 | March, 2011 | April, 2011 |
|---|---|---|---|---|---|---|---|---|
| | TRADE ACCOUNTS PAYABLE | - | - | - | - | - | - | - |
| | TAX PAYABLE | | | | | | | |
| | Federal Payroll Taxes (inc. withholding) | - | (115.54) | 3,166.52 | - | - | - | - |
| B | State Payroll & Sales | 12,928.45 | 11,145.89 | 11,554.52 | - | - | - | - |
| | Ad Valorem Taxes | - | - | - | - | - | - | - |
| | Other: Federal Income Tax | - | - | - | - | - | - | - |
| | TOTAL TAXES PAYABLE | 12,928.45 | 11,030.35 | 14,721.04 | - | - | - | - |
| | OTHER POST-PETITION LIABILITIES | | | | | | | |
| | Secured Debt: Post-Conversion | - | - | - | - | - | - | - |
| | Accrued Interest Payable | - | - | - | - | - | - | - |
| | Professional Fees | - | - | - | - | - | - | - |
| | Other Accrued Liabilities: | | | | | | | |
| | 1) Sales Deposits | - | - | - | - | - | - | - |
| | 2) Payroll | - | - | - | - | - | - | - |
| | 3) Utilities & Other | - | - | - | - | - | - | - |
| | TOTAL OTHER POST-PETITION LIAB. | - | - | - | - | - | - | - |
| | TOTAL POST-PETITION LIABILITIES | 12,928.45 | 11,030.35 | 14,721.04 | - | - | - | - |

MOR-4    * *Please see footnotes after MOR 9 for important information concerning these reports.*

CASE NAME: BROOKS & BROOKS, INC
CASE NUMBER: 10-40117-H4-7 (Jointly Administered with 09-38232-H4-7)

## POST-PETITION TRADE ACCOUNTS AND TAXES PAYABLE

| See Notes | DAYS | Sales Deposits | Fed Payroll Taxes | State Taxes | Ad Valorem Taxes | Other Taxes | Other Professional Fees | Totals |
|---|---|---|---|---|---|---|---|---|
| | 0 - 30 Days | - | 3,282.06 | 11,438.98 | - | - | | 14,721.04 |
| | 31 - 60 Days | - | (115.54) | 115.54 | - | - | - | - |
| | 61 - 90 Days | - | - | - | - | - | - | - |
| | 91+ Days | - | - | - | - | - | - | - |
| | TOTAL ACCOUNTS PAYABLE | - | 3,166.52 | 11,554.52 | - | - | - | 14,721.04 |

## AGING OF ACCOUNTS RECEIVABLE

| See Notes | DAYS | November, 2010 | December, 2010 | January, 2011 | February, 2011 | March, 2011 | April, 2011 |
|---|---|---|---|---|---|---|---|
| | 0 - 30 Days | - | - | - | - | - | - |
| | 31 - 60 Days | | | | | | - |
| | 61 - 90 Days | | | | | | - |
| | 91+ Days | | | | | | - |
| | TOTAL ACCOUNTS RECEIVABLE | - | - | - | - | - | - |

MOR-5   *Please see footnotes after MOR 9 for important information concerning these reports.*

CASE NAME: BROOKS & BROOKS, INC
CASE NUMBER: 10-40117-H4-7 (Jointly Administered with 09-38232-H4-7)

## STATEMENT OF INCOME (LOSS)

| See Notes | MONTH ENDING: | November, 2010 | December, 2010 | January, 2011 | February, 2011 | March, 2011 | April, 2011 | Activity Totals Filing to Date |
|---|---|---|---|---|---|---|---|---|
| | GROSS PROFIT: | | | | | | | |
| | Revenues (MOR-1) | 146,414.17 | 149,556.32 | - | - | - | - | 295,970.49 |
| | Total Cost of Revenues | (48,127.52) | (49,004.14) | - | - | - | - | (97,131.66) |
| | TOTAL GROSS PROFIT | 98,286.65 | 100,552.18 | - | - | - | - | 198,838.83 |
| | OPERATING EXPENSES: | | | | | | | |
| | Selling & Marketing | - | - | - | - | - | - | - |
| | General & Administrative | 503.94 | 3,115.52 | - | - | - | - | 3,619.46 |
| | Payroll | 22,841.07 | 22,642.96 | - | - | - | - | 45,484.03 |
| | Rents | 10,008.00 | 20,816.68 | - | - | - | - | 30,824.68 |
| | Utilities & Phone | 3,215.95 | 2,854.07 | - | - | - | - | 6,070.02 |
| | Building Repairs & Maintenance | 1,782.58 | 527.02 | - | - | - | - | 2,309.60 |
| | Insiders Compensation | 14,000.00 | 14,000.00 | - | - | - | - | 28,000.00 |
| | Professional Fees | 500.00 | - | - | - | - | - | 500.00 |
| | Credit Card and Bank Fees | 4,093.97 | 4,193.73 | - | - | - | - | 8,287.70 |
| | Insurance | 993.99 | 1,342.57 | - | - | - | - | 2,336.56 |
| | US Trustee Fees | 1,625.00 | - | - | - | - | - | 1,625.00 |
| | Property Taxes, Penalties & Interest | - | - | - | - | - | - | - |
| D | Other - Insurance and/or Bond | - | - | - | - | - | - | - |
| | TOTAL OPERATING EXPENSES | 59,564.50 | 69,492.55 | - | - | - | - | 129,057.05 |
| | | | | | | | | |
| | INC. (LOSS) BEFORE INT, DEPR., TAX (MOR-1) | 38,722.15 | 31,059.63 | - | - | - | - | 69,781.78 |
| | | | | | | | | |
| | INT, DEPR & OTHER ITEMS: | | | | | | | |
| | Interest Expense | - | - | - | - | - | - | - |
| | Depreciation | - | - | - | - | - | - | - |
| | Other Income (Expense) | | | | | | | |
| | Settlements and Litigation Proceeds | - | - | - | - | - | - | - |
| | Interest Income | - | - | - | - | - | - | - |
| | TOTAL INT, DEPR & OTHER ITEMS | - | - | - | - | - | - | - |
| | | | | | | | | |
| | NET INCOME BEFORE TAXES | 38,722.15 | 31,059.63 | - | - | - | - | 69,781.78 |
| | FEDERAL INCOME TAXES | - | - | - | - | - | - | - |
| | NET INCOME (LOSS) (MOR-1) | 38,722.15 | 31,059.63 | - | - | - | - | 69,781.78 |

Accrual Accounting Required, Otherwise Footnote With Explanation

MOR-6    Please see footnotes after MOR 9 for important information concerning these reports.

CASE NAME: BROOKS & BROOKS, INC
CASE NUMBER: 10-40117-H4-7 (Jointly Administered with 09-38232-H4-7)

## STATEMENT OF SOURCE AND USE OF CASH

| See Notes | SOURCE OF CASH | November, 2010 | December, 2010 | January, 2011 | February, 2011 | March, 2011 | April, 2011 | Activity Totals Filing to Date |
|---|---|---|---|---|---|---|---|---|
| | NET INCOME (LOSS) from MOR-6 | 38,722.15 | 31,059.63 | - | - | - | - | 69,781.78 |
| | ADD: DEPRECIATION & AMORTIZATION | - | - | - | - | - | - | - |
| | CASH GENERATED FROM OPERATIONS | 38,722.15 | 31,059.63 | - | - | - | - | 69,781.78 |
| | ADD: DECREASE IN ASSETS: | | | | | | | |
| | 1. Accounts Receivable | - | - | - | - | - | - | - |
| | 2. Payments Made on Behalf of Insiders | - | - | - | - | - | - | - |
| | 3. Prepaid Expenses | - | - | - | - | - | - | - |
| | 4. Property, Plant & Equipment | - | - | - | - | - | - | - |
| | 5. Other, Tranfer/Deposit of DIP Cash | - | - | - | - | - | - | - |
| | ADD: INCREASE IN LIABILITIES: | | | | | | | |
| | 1. Post-petition Liabilities | 11,030.35 | 18,129.35 | - | - | - | - | 29,159.70 |
| | 2. Pre-petition Liabilities | - | - | - | - | - | - | - |
| | TOTAL SOURCE OF CASH (A) | 49,752.50 | 49,188.98 | - | - | - | - | 98,941.48 |
| | LESS: INCREASE IN ASSETS: | | | | | | | |
| | 1. Accounts Receivable | - | - | - | - | - | - | - |
| | 2. Payments Made on Behalf of Insiders | 6,073.67 | 4,611.84 | - | - | - | - | 10,685.51 |
| | 3. Unexplained Differences in Deposits | 17,256.03 | 30,939.97 | - | - | - | - | 48,196.00 |
| | 4. Property, Plant & Equipment | - | - | - | - | - | - | - |
| | 5. Other - Accrued Interest | - | - | - | - | - | - | - |
| | LESS: DECREASE IN LIABILITIES: | | | | | | | |
| | 1. Post-petition Liabilities | - | 14,438.66 | - | - | - | - | 14,438.66 |
| | 2. Pre-petition Liabilities | 21,322.60 | - | - | - | - | - | 21,322.60 |
| | TOTAL USE OF CASH (B) | 44,652.30 | 49,990.47 | - | - | - | - | 94,642.77 |
| | NET SOURCE (USE) OF CASH (A - B) | 5,100.20 | (801.49) | - | - | - | - | 4,298.71 |
| | CASH-BEGINNING BALANCE | (6,727.89) | (1,627.69) | - | - | - | - | (6,727.89) |
| | CASH-ENDING BALANCE (MOR-2) | (1,627.69) | (2,429.18) | - | - | - | - | (2,429.18) |

MOR-7    Please see footnotes after MOR 9 for important information concerning these reports.

CASE NAME: BROOKS & BROOKS, INC
CASE NUMBER: 10-40117-H4-7 (Jointly Administered with 09-38232-H4-7)

## CASH ACCOUNT RECONCILIATION
### MONTH ENDED DECEMBER, 2010

| See Notes | ACCOUNT NUMBER | Chase Bank - Operating Fund 1171 | Chase Bank - Sales Tax Fund 1163 | Chase Bank - Payroll Fund 1155 | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | BANK BALANCE | 5,896.11 | 42.56 | 6,996.94 | | | | 12,935.61 |
| | DEPOSIT IN TRANSIT | - | - | - | | | | - |
| | OUTSTANDING CHECKS | (6,566.51) | - | (8,798.28) | | | | (15,364.79) |
| | ADJUSTED BANK BALANCE | (670.40) | 42.56 | (1,801.34) | | | | (2,429.18) |
| | BEGINNING CASH (PER BOOKS) | 3,536.22 | 73.08 | (5,236.99) | | | | (1,627.69) |
| | RECEIPTS | 130,943.26 | - | - | | | | 130,943.26 |
| | TRANSFERS BETWEEN ACCOUNTS | (45,300.00) | 12,000.00 | 33,300.00 | | | | - |
| | CHECKS / OTHER DISBURSEMENTS | (89,849.88) | (12,030.52) | (29,864.35) | | | | (131,744.75) |
| | ENDING CASH (PER BOOKS) | (670.40) | 42.56 | (1,801.34) | | | | (2,429.18) |

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| See Notes | ACCOUNT NUMBER | November, 2010 | December, 2010 | January, 2011 | February, 2011 | March, 2011 | April, 2011 | Filing to Date |
|---|---|---|---|---|---|---|---|---|
| | BEGINNING CASH | (6,727.89) | (1,627.69) | - | - | - | - | (6,727.89) |
| | TOTAL RECEIPTS | 140,188.49 | 130,943.26 | - | - | - | - | 271,131.75 |
| | TOTAL DISBURSEMENTS (MOR-1) | (135,088.29) | (131,744.75) | - | - | - | - | (266,833.04) |
| | ENDING CASH (MOR-2) | (1,627.69) | (2,429.18) | - | - | - | - | (2,429.18) |

MOR-8    *Please see footnotes after MOR 9 for important information concerning these reports.*

CASE NAME: BROOKS & BROOKS, INC
CASE NUMBER: 10-40117-H4-7 (Jointly Administered with 09-38232-H4-7)

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the qtr., list the amount paid to insiders (as defined in Section 101(30)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.)

(Attach additional pages as necessary.)

| PAYMENTS TO INSIDERS: NAME/COMP TYPE | November, 2010 | December, 2010 | January, 2011 | February, 2011 | March, 2011 | April, 2011 | Filing to Date |
|---|---|---|---|---|---|---|---|
| 1) Harlon Brooks - Payroll | 7,000.00 | 7,000.00 | - | - | - | - | 14,000.00 |
| 2) Alfreddie Brooks - Payroll | 7,000.00 | 7,000.00 | - | - | - | - | 14,000.00 |
| 3) Chase Bank/Harlon Brooks - Home Equity LOC | 2,873.67 | 1,411.84 | - | - | - | - | 4,285.51 |
| 4) Harlon Brooks - Mortgage Payment | 3,200.00 | 3,200.00 | - | - | - | - | 6,400.00 |
| 5) | | | | | | | - |
| 6) | | | | | | | - |
| TOTAL PAYMENTS INSIDERS (MOR-1) | 20,074.00 | 18,612.00 | - | - | - | - | 38,686.00 |

| PAYMENTS TO PROFESSIONALS: NAME/COMP TYPE | November, 2010 | December, 2010 | January, 2011 | February, 2011 | March, 2011 | April, 2011 | Filing to Date |
|---|---|---|---|---|---|---|---|
| 1) Naglesh & Carter - Accountants | 500.00 | - | - | - | - | - | 500.00 |
| 2) | | | | | | | - |
| 3) | | | | | | | - |
| 4) | | | | | | | - |
| 5) | | | | | | | - |
| 6) | | | | | | | - |
| TOTAL PAYMENTS TO PROFESSIONALS (MOR-1) | 500.00 | - | - | - | - | - | 500.00 |

MOR-9    *Please see footnotes after MOR 9 for important information concerning these reports.*

CASE NAME: BROOKS & BROOKS, INC

CASE NUMBER: 10-40117-H4-7  (Jointly Administered with 09-38232-H4-7)

# FOOTNOTES

**NOTE CONCERNING ALL MOR SCHEDULES** (Marked with an asterisk (*))

Debtor did not have a formal set of accounting records. The columns labeled "Petition Date 11/2/2010" were prepared using available information from bank statements and debtor-prepared schedules. The Trustee does not have complete information regarding these numbers and does not attest to the correctness of them.

Cash at the Petition Date was determined by reviewing balances from bank statements and reducing this balance by checks outstanding at the petition date. Debtor was in possession of funds for the first 73 days after the petition period.

**NOTE A - RECEIVABLES FROM OWNERS**

Receivables from Owners includes unexplained differences between owners cash schedules and items paid on behalf of the owners after the petition period.

**NOTE B - SALES TAXES PAYABLE**

Amounts paid during November to pay Sales Taxes collected during the month of October, 2010. These funds were paid by the debtor during the 73-day period before the funds were released to the Trustee. The beginning balance is included in Receivables from Owners (See Note A).

**NOTE C - UNSECURED DEBT**

Amounts paid during November toward Unsecured Debts arising in the pre-petition period. These funds were paid by the debtor during the 73-day period before the funds were released to the Trustee. The beginning balance is included in Receivables from Owners (See Note A).

**NOTE D - US TRUSTEE FEES**

This payment was made to the US Trustee for fees payable in the Harlon Brooks Chapter 11 case #09-38232.