*Form O-200*



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/19/2011

| | | |
|---|---|---|
| In re: | § § | |
| Harlon Brooks | § § | Case No. 09-38232-H-7 |
| Alfreddie Brooks | § | Chapter 7 |
| Debtors | § § | |

## AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY
## 180 DAYS FROM DATE OF ENTRY OF THIS ORDER
### (This Order resolves Docket #184)

JPMorgan Chase Bank, National Association, ("Movant") filed a motion for relief from the automatic stay against 2301 Woodbine St, Arlington, Texas 76012, more particularly described as follows:
Lot 12, Block 10, MILLBROOK NO. 3, an Addition to the City of Arlington,
Tarrant County, Texas, according to the plat recorded in Vol. 388-95, Page 40,
Plat Records, Tarrant County, Texas.

(the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As shown by the signatures below, the trustee and Debtors have agreed to the requested relief.

Accordingly, it is ordered that Movant is granted relief from the automatic stay to pursue its state law remedies against the Property, including foreclosure and/or eviction, 180 days from the date of entry of this order.

The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply.

**SO ORDERED:**

4/19/2011                                    ReservedForJudgeSignature

AGREED AND ENTRY REQUESTED:

_____          _____
Debtors or their Counsel Counsel for JPMorgan Chase       Chapter 7 Trustee
Name: Cristina Plata Camarata                W Steve Smith
State Bar No.: 16061520                      McFall, Breitbeil & Smith, PC
S.D.Tex. Bar No.: 13685                      1331 Lamar Street
Address: _____           Ste 1250
_____                    Houston, TX 77010
Telephone: 281 656-1446                      713-590-9300
Fax: _____
E-mail: cpc@bvwlaw.com

By submitting this Agreed Order, Movant's counsel certifies that counsel reviewed the docket sheet after the expiration of the deadline for responses and that no codebtor has filed any opposition to the requested relief.

7778-N-5937

AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY                                                    1